# United States District Court

## Eastern District of California



MAR 13 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORN

UNITED STATES OF AMERICA
v.
**BETTY STEELE**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:02MG00107-001**

Timothy Zindel, Assistant Federal Defender
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s) 2 as alleged in the violation petition filed on 01/26/2006.
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 2 | Use of Alcohol | 01/11/2006 |

The court: [✓] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on __.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] Charge 1 is dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

03/08/2006
Date of Imposition of Sentence

/s/ John F. Moulds
Signature of Judicial Officer

**JOHN F. MOULDS**, United States Magistrate Judge
Name & Title of Judicial Officer

March 13, 2006
Date

| | |
|---|---|
| CASE NUMBER: | 2:02MG00107-001 |
| DEFENDANT: | BETTY STEELE |

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 90 days.

[✔] The court makes the following recommendations to the Bureau of Prisons:
   Detention at FCI Dublin

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[✔] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [✔] on 04/04/2006. The Probation Office will continue to supervise the defendant until surrender date.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.
   If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal